BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-0169 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RESETTING SENTENCING HEARING FOR DEFENDANT MIKEL BROWN |
| v. | |
| MICHAEL LOTT, et al., | |
| Defendants. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Mikel BROWN, by and through his counsel of record, Ron Peters, Esq., stipulate and agree that the currently-scheduled judgment and sentencing hearing for this defendant, currently set for April 3, 2014, should be moved to April 24, 2014, at 9:00 a.m.

IT IS SO STIPULATED.

Dated: April 2, 2014              /s/ JASON HITT
                                  JASON HITT
                                  Assistant United States Attorney

Dated: April 2, 2014              /s/ RON PETERS, Esq.
                                  RON PETERS, Esq.
                                  Counsel for Defendant, authorized to sign for Mr. Peters on
                                  April 2, 2014

STIPULATION AND ORDER

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The judgment and sentencing hearing for defendant Mikel BROWN on April 3, 2014, is VACATED; and

2. Judgment and sentencing for defendant BROWN is for April 24, 2014, at 9:00 a.m.

**IT IS SO ORDERED**.

**Dated:  April 8, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT