# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Mikel Brown               **Docket Number:**   0972 2:12CR00169

**Name of Judicial Officer**:   Morrison C. England, Jr., Chief United States District Judge

**Date of Original Sentence:**   5/15/2014

**Original Offense:** 21 U.S.C. § 843(b) Use of a Telephone to Commit A Drug Trafficking Offense (Class Felony)

**Original Sentence:** 36 months custody of Bureau of Prisons; 36 months Supervised Release; $100 special assessment; Mandatory drug testing; No firearms; DNA collection

**Special Conditions:**

1) Warrantless Search
2) Financial Disclosure
3) Financial Restrictions
4) Drug/Alcohol Treatment
5) Drug/Alcohol Testing
6) Cellular Phone Restrictions
7) Aftercare Co-Payment
8) No Association with Gang Member

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   10/31/2014

**Other Court Actions:**

**08/28/2014**:   Amended Judgment:  Supervised Release term corrected to 12 months.

**06/16/2015**:   Prob12B Petition to Modify Conditions filed adding Special Condition Number 9, location monitoring for a period of up to 3 months.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

10. As directed by the probation officer, the defendant shall participate in a program of outpatient mental health treatment.

**Justification:** On June 16, 2015, a Petition to Modify the Conditions or Term of Supervision with the Consent of the Offender was submitted to the Court recommending up to 3 months location monitoring based on a positive drug test for marijuana. The modification was approved; however, in addition to home detention, the offender has requested a modification for mental health counseling to address unresolved issues stemming from childhood abuse. This request came after the June 16, 2015, Prob12B, petition and is strongly recommended. The offender agreed to these terms and signed a copy of the Prob49 - Waiver of Hearing, which is attached for the Court's review.

Respectfully submitted,

*Brenda Barson-Harrell*

**United States Probation Officer**
Telephone: (916) 930-4397

**DATED:** 7/15/2015

Reviewed by,

**/s/ Glenn P. Simon for**

**Jeffrey C. Oestreicher**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

**Dated:  July 31, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

CC:

United States Probation

Assistant United States Attorney: Jason Hitt

Defense Counsel: Ronald Peters